**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Justin LONGMIRE, Defendant–
Appellant.**

**No. 05–10607.
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided April 12, 2006.

Susan B. Cowger, Larry Edward Jarrett, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Alexander Lee Calhoun, Law Office of Alex Calhoun, Austin, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Justin Longmire has moved to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Longmire has not filed a response to counsel's motion to withdraw.

Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. We decline to address any claim of ineffective assistance of counsel, without prejudice to Longmire's right to assert such claims in a motion pursuant to 28 U.S.C. § 2255. *See United States v. Brewster*, 137 F.3d 853, 859 (5th Cir.1998). Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.